07 CV 11448

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 11448

| | |
|---|---|
| GRAHAM KANDIAH, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>OLD NAVY, LLC, a Delaware limited liability company,<br><br>Defendant. | CIV. ACTION NO.:<br><br>PLAINTIFF'S RULE 7.1 DISCLOSURE<br><br>JUDGE LYNCH |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Graham Kandiah, LLC ("Graham Kandiah") (a private non-governmental party) respectfully certifies that Graham Kandiah has no parent corporations and is not a publicly held corporation.

Respectfully submitted,

DATED: December 20, 2007

GREENBERG TRAURIG, LLP

By _____
Marc Jacobson (MJ 5193)
David Saenz (DS 1976)
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

*Attorneys for Plaintiff
Graham Kandiah, LLC*