UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x
MORTRANSFLOT, INC.,

                Plaintiff,         Case No. 07 CV 11488 (BSJ)

   - against -

                             **AFFIDAVIT OF SERVICE**

ASTRA GROUP, INC,

                Defendant.
----------------------------------- x

STATE OF NEW YORK  } ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 1:22 p.m., on January 4, 2008, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Mortranflot, Inc., upon a Ms. Doreen Bertone, who is a Legal Specialist for JP Morgan Chase Bank, N.A., at the following address:

      JP Morgan Chase Bank, N.A.
      Legal Department
      One Chase Manhattan-20th Fl
      New York, NY 10005

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Bertone, who said she was authorize to accept Service on behalf of JPMorgan Chase Bank, N.A., regarding Mortransflot, Inc., Ms. Bertone, is a white female, she has brown eyes and brown hair. She is approximately 5 feet 5 inches tall and approximately weighs 200 pounds. Ms. Bertone, is approximately 46 years of age.

                                            _____
                                            IDRIS MAHMOUD
                                            LIC# 1151131

Sworn to before me this
_8th_ day of January, 2008

_____
NOTARY PUBLIC

                  CHRISTOPHER M. SCHIERLOH
                  Notary Public, State of New York
                      No. 02SC6152972
                    Qualified in Nassau County
              Commission Expires Sept. 25, 20 10