UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
MORTRANSFLOT, INC.,

           Plaintiff,         Case No. 07 CV 11488 (BSJ)

    - against -

                            **AFFIDAVIT OF SERVICE**

ASTRA GROUP, INC.,

           Defendant.
- - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK   } ss.:
COUNTY OF NEW YORK  }

    IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 1:00 p.m., on January 4, 2008, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Mortranflot, Inc., upon a Ms. Voula P. Mucicallii, who is a Legal Administrator for The bank of New York., at the following address:

    The Bank of New York
    120 Broadway-19th FL
    New York, NY 10286

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Mucicallii, who said she was authorize to accept Service on behalf of The Bank of New York., regarding Mortransflot, Inc., Ms. Mucicallii, is a white female, she has brown eyes and blonde hair. She is approximately 5 feet 10 inches tall and approximately weighs 140 pounds. Ms. Mucicallii, is approximately 37 years of age.

                                                _____
                                                IDRIS MAHMOUD
                                                LIC# 1151131

Sworn to before me this
8th day of January, 2008

_____
    NOTARY PUBLIC

                              CHRISTOPHER M. SCHIERLOH
                              Notary Public, State of New York
                                 No. 02SC6152972
                             Qualified in Nassau County
                        Commission Expires Sept. 25, 20 10