UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
MORTRANSFLOT, INC..,

           Plaintiff,      Case No. 07 CV 11488 (BSJ)

    - against -

                            **AFFIDAVIT OF SERVICE**

ASTRA GROUP, INC.,

           Defendant.
- - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                            ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 1:50 p.m., on January 4, 2008, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Mortranflot, Inc., upon a Ms. Cakol Sackey, of the Mail room for Standard Chartered Bank., at the following address:

      Standard Chartered Bank
      One Madison Avenue
      New York, NY

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Sackey, who said she was authorize to accept Service on behalf of Standard Chartered Bank., regarding Mortransflot, Inc., Ms. Sackey, is a Black female, she has brown eyes and black hair. She is approximately 5 feet 10 inches tall and approximately weighs 160 pounds. Ms. Sackey, is approximately 48 years of age.

                                            IDRIS MAHMOUD
                                            LIC# 1151131

Sworn to before me this
5'^ day of January, 2008

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20 /0