UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
MORTRANSFLOT, INC..,

              Plaintiff,         Case No. 07 CV 11488 (BSJ)

    - against -

                                **AFFIDAVIT OF SERVICE**

ASTRA GROUP, INC.,

              Defendant.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK   }
                              ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 12:00 p.m., on January 3, 2008, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Mortranflot, Inc., upon a Mr. Ever Garcia, who is Branch Manager for Wachovia Bank., at the following address:

      Wachovia Bank
      360 Madison Avenue
      New York, NY 10017

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Garcia, who said he was authorize to accept Service on behalf of Wachovia Bank., regarding Mortransflot, Inc., Mr. Garcia, is a Black male, he has brown eyes and black hair. He is approximately 6 feet 1 inches tall and approximately weighs 180 pounds. Mr. Garcia, is approximately 35 years of age.

                                              _____
                                              IDRIS MAHMOUD
                                              LIC# 1151131

Sworn to before me this
8th day of January, 2008

_____
    NOTARY PUBLIC

                     CHRISTOPHER M. SCHIERLOH
                     Notary Public, State of New York
                            No. 02SC6152972
                        Qualified in Nassau County
                  Commission Expires Sept. 25, 2010