UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------- x
REF SATURN CO. LTD.,

                Plaintiff,          Case No. 07 CV 11489 (HB)

      - against -

                              **AFFIDAVIT OF SERVICE**

DGM COMMODITIES, CORP.,

                Defendant.
------------------- x

STATE OF NEW YORK  }
                         ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 12:05 p.m., on January 3, 2008, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Mortranflot, Inc., upon a Ms. Sherly A. Grullon, who is a Customer Experience Assistance for HSBC., at the following address:

      HSBC Bank
      415 Madison Avenue
      New York, NY 10017

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Grullon, who said she was authorize to accept Service on behalf of HSBC Bank., regarding Mortransflot, Inc., Ms. Grullon, is a female of Spanish descent, she has brown eyes and reddish hair. She is approximately 5 feet 6 inches tall and approximately weighs 180 pounds. Ms. Grullon, is approximately 28 years of age.

                                                  IDRIS MAHMOUD
                                                  LIC# 1151131

Sworn to before me this
____ day of January, 2008

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20 __