UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
MORTRANSFLOT, INC.,

        Plaintiff,    Case No. 07 CV 11488 (BSJ)

     - against -    **AFFIDAVIT OF SERVICE**

ASTRA GROUP, INC.,

        Defendant.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK   }
                        ss.:
COUNTY OF NEW YORK }

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 11:55 p.m., on January 3, 2008, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Mortranflot, Inc., upon a Mr. Shawn R. Sprecker, who is a Senior Paralegal for ABN-AMRO., at the following address:

       ABN-AMRO Bank
       55 East 52nd Street
       New York, NY 10055

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Sprecker, who said he was authorize to accept Service on behalf of ABN-AMRO Bank., regarding Mortransflot, Inc., Mr. Sprecker, is a white male, he has brown eyes and brown hair. He is approximately 5 feet 10 inches tall and approximately weighs 160 pounds. Mr. Specker, is approximately 30 years of age.

                                     _____
                                     IDRIS MAHMOUD
                                     LIC# 1151131

Sworn to before me this
8th day of January, 2008

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20 10