UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
MORTRANSFLOT, INC..,

          Plaintiff,     Case No. 07 CV 11488 (BSJ)

- against -

          **AFFIDAVIT OF SERVICE**

ASTRA GROUP, INC..,

          Defendant.
- - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                         } ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 11:45 p.m.,on January 3, 2008, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Mortranflot, Inc., upon a Ms. Martha Fletcher, who is a Paralegal for Zeicher, Ellman & Krause LLP., at the following address:

      Zeicher, Ellman & Krause LLP
      c/o Bank of America & American Express Bank
      New York, NY 10022

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Flectcher, who said she was authorize to accept Service on behalf of Bank of America & American Express Bank., regarding Mortransflot, Inc., Ms. Flectcher, is a white female, he has brown eyes and black hair. She is approximately 5 feet 6 inches tall and approximately weighs 140 pounds. Ms. Flectcher, is approximately 30 years of age.

                                                  IDRIS MAHMOUD
                                                  LIC# 1151131

Sworn to before me this
____ day of January, 2008

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20 10