UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

**07 CV 11488** ECF

Mortransflot, Inc. V. Astra Group

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 2/1/08

ORDER OF REFERENCE
**TO A MAGISTRATE JUDGE**

07 Civ. 11488 ( BSJ )( FM )

------------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[X] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] Specific Non-Dispositive Motion/Dispute:*

_____

[ ] If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

[ ] Settlement*

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

[ ] Habeas Corpus

[ ] Social Security

[ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ____

---

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         1/31/08

Barbara S. Jones
United States District Judge