UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MORTRANSFLOT, INC.,

          Plaintiff,

  - against -

ASTRA GROUP, INC.,

          Defendant.
-------------------------------------------------------------X

2007 Civ. 11488 (BSJ)(FM)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

**IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed without prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
      August 11, 2008
      310-01

                        CASEY & BARNETT, LLC
                        Attorneys for Plaintiff

        By: _____
                        Christopher M. Schierloh (CS-6644)
                        317 Madison Avenue, 21st Floor
                        New York, New York 10017
                        (212) 286-0225

**SO ORDERED:**

_____
  U.S.D.J.