UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MORTRANSFLOT, INC.,

        Plaintiff,

   - against -

ASTRA GROUP, INC.,

        Defendant.
------------------------------------------------------------X



2007 Civ. 11488 (BSJ)(FM)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

    **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed without prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       August 11, 2008
       310-01

                                        CASEY & BARNETT, LLC
                                        Attorneys for Plaintiff

                         By: _____
                                        Christopher M. Schierloh (CS-6644)
                                        317 Madison Avenue, 21st Floor
                                        New York, New York 10017
                                        (212) 286-0225

SO ORDERED:
_____
U.S.D.J.
9/5/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08